JUNE 1, 1948.

No. 10. SCHINE CHAIN THEATRES, INC. ET AL. v. UNITED STATES, ante, p. 110. Petition for clarification de-

nied. Mr. Justice Murphy and Mr. Justice Jackson took no part in the consideration or decision of this application.